# United States Bankruptcy Court, District of Rhode Island

Proceeding Memorandum / Order of Court

---

In Re: Broccoli v. Webster Bank                Case Number: 1:17-ap-01012   Ch:

**MOVANT/APPLICANT/PARTIES:**

Motion to Dismiss Adversary Proceeding by Defendant Webster Bank (Doc. #8)
Objection by Plaintiff John Broccoli (Doc. #10)

**OUTCOME:**

__ Granted   __ Denied   __ Approved   __ Sustained

__ Moot   __ Denied without prejudice   __ Withdrawn in open court   __ Overruled

__ OSC Enforced / Released

__ Continued to: _____ For: _____

__ Formal order / stipulation to be submitted by: _____ Date due: _____

__ Findings and conclusions dictated at the close of hearing incorporated by reference

_____ Taken under advisement: Brief(s) due: _____ From: _____

Response due: _____ From: _____

__ Fee(s) allowed in the amount of: $ _____ Expenses of: $ _____

__ No appearance / response by: _____

✔ DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

After hearing held on June 14, 2017, at which Plaintiff Mr. John Broccoli appearing pro se and counsel for Defendant Webster Bank were present, for the reasons stated on the record the Plaintiff shall have until July 14, 2017, to file an amended complaint. This Order is entered without prejudice to the Defendant's rights to amend or supplement its Motion to Dismiss upon the filing of an amended complaint. If the Plaintiff fails to comply with this Order, the Court may grant the Motion to Dismiss without further notice or hearing.

IT IS SO ORDERED:

*Diane Finkle*        Dated: 6/14/17

Diane Finkle, U.S. Bankruptcy Judge