# United States Bankruptcy Court
## DISTRICT OF RHODE ISLAND

In RE: John E Broccoli pro se
    PLAINTIFF

    v.

    WEBSTER BANK, N.A.
    ~~DEFENDENT~~

JUL-03 '17 PM 12:36

CA No. 1:17-bk-10552
CA No. 1:17-ad-01012

## Amended Complaint
### WEBSTER BANK, NA

Now comes PLAINTIFF pro se, John E. Broccoli in the above captioned matter based on the Plaintiff's best effort to dilineate the basis for this action against Webster Bank, N.A., DEFENDANTS amongst more specifics 8th, 6th, 5th and those that apply to the absences and ommisions in the "Contract"(s) as they apply to this Plaintiff.

p1

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In RE: John E. Broccoli, pro se
PLAINTIFF

CA No: 1:17-bk-10552

WEBSTER BANK N.A.
DEFENDANT

C A No. 1:17-ap-01012

With further Discovery your Plaintiff will prove that without justification, "The BANK" took action's contrary to "The Bank's" own laws of contract.

b) Likely papered over document's - internally to defendent.

The Bank's own action's to deny this Plaintiff internal process and those the United State's laws reinforces.

eg. In addition to the objected to the Chapter 13 STAY being in effect on the "Foreclosure" date,

c) Non-judicial laws of foreclosure in the State of Rhode Island §34-27-1.1. Eg. The exclusion of

p.2

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF RHODE ISLAND

In RE: John E Broccoli, pro se
    DEFENDANT          CA No: 1:17-bk-10552
      v.
    WEBSTER BANK N.A.     CA No: 1:17-ap-01012
    PLAINTIFF

a legal notice of foreclosure, before the sale.

§ 34-27-3.1

In the spirit of judicial economy YOUR PLAINTIFF can, and, will, prove more violations of The Banks, positing, of Decision making Superiority.

### Relief in lieu of "KEY'S

Your pro se, plaintiff, believes it the best resolution, all penalties and illegalities caused by the Bank

p3

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In RE: John E. Broccoli, pro se
PLAINTIFF

WEBSTER BANK N.A.    C.A. No: 1:17-bk-10552
DEFENDANT            C.A. No: 1:17-ap-01012

to Settle for a fair amount, of $200,000,

(TWO HUNDRED THOUSAND Dollars) Without a doubt

this U.S. Court is fully aware of the conduct of

the banks' abuse in Our Country.

Your Plaintiff, while out of procedural order is

able to deduce conduct contrary to good faith and

also the letter and priorities of the inconsistencies of

"The Banks" conduct. In all fairness and respect, I'

Plaintiff seek these damages, with all cooperation.

p.4.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF RHODE ISLAND

In RE: John E. Broccoli, pro se
PLAINTIFF
v.
WEBSTER BANK NA
DEFENDANT

CA No. 1:17-bk-10552
CA No 1:17-ap-01012

## CERTIFICATION

I, John E. Broccoli, pro se, do hereby swear a TRUE COPY was mailed return receipt to:

WEBSTER BANK
c/o James Atchinson Esq
1080 Main St
Pawtucket, R.I. 02886

CLERK of U.S. Bankruptcy Court
380 Westminster St.
Providence, R.I. 02903
6th Floor

The attached copy sent to the above on 6-29-17.

6-29-17.

John E. Broccoli
John E. Broccoli, pro se
23 Marigold Circle
North Prov, R.I. 02904

p.5